UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

                                           Hon. Janet T. Neff

v.

                                           Case No. 1:17-cr-00230

MICHAEL ANTHONY CLAYTON,

     Defendant.

_____/

## ORDER OF DETENTION

       This matter is before the Court on the government's motion for pretrial

detention. Defendant has been charged in a seven-count Indictment.  Counts 1, 3,

and 4 charge him with conspiracy to sexually exploit a minor and sexual

exploitation of a minor, in violation of 18 U.S.C. § 2251(a) , (e); Count 5 charges him

with sex trafficking of a minor, in violation of 18 U.S.C. § 1591 (a)(1), (b)(2),(c);

Count 6 charges him with conspiracy to distribute cocaine, in violation of 21 U.S.C.

§ 846; and Count 7 charges him with felon in possession of a firearm, in violation of

18 U.S.C. § 922 (g)(1).   Given the nature of the charges, there is a statutory

rebuttable presumption in favor of detention.

       The government sought defendant's detention on the basis that he is a

danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk

of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on November 9,

2017, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of detention regarding risk of flight, but has not rebutted the presumption of detention as to danger to the community. The Court also finds, as explained on the record, that the government has sustained its burden of proving by clear and convincing evidence, that he poses a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 9, 2017.


_ /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge