# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 16, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Dec 16, 2019
DEBORAH S. HUNT, Clerk

Re: Michael Anthony Clayton
   v. United States
   No. 19-6641
   (Your No. 18-2237)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk